# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

TAMICA JACKSON,

    Plaintiff,

v.                                          Case No. 4:19-cv-88-AW-MJF

RED HILLS ORAL & FACIAL
SURGERY, P.A., et al.,

    Defendants.

_____/

## ORDER

I have considered the magistrate judge's January 13, 2020 Report and Recommendation (ECF No. 37) and the magistrate judge's January 14, 2020 Report and Recommendation (ECF No. 38). No objections have been filed as to either. I have determined that both should be adopted.

Accordingly, it is ORDERED as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 37) and the separate Report and Recommendation (ECF No. 38) are adopted and incorporated in this order.

2. Defendants' "Amended Motion to Dismiss with Prejudice and Alternatively Motion for Summary Judgment" (ECF No. 25) is DENIED without prejudice.

3. Plaintiff's claims under the following provisions are DISMISSED.

a. the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-678;

b. 18 U.S.C. § 208; and

c. Florida's Health Maintenance Organization Act, Fla. Stat. § 641.37.

4. Plaintiff's motion for partial summary judgment (ECF No. 27) is DENIED without prejudice.

5. This case is referred to magistrate judge Michael J. Frank for further proceedings.

SO ORDERED on March 6, 2020.

s/ *Allen Winsor*<br>United States District Judge